YOUR NAME Rocky M. Contreras
YOUR ADDRESS 519 S. Stevenson St. Apt#C, Visalia, California 93277
YOUR TELEPHONE NUMBER 559-960-4516

FILED
2008 JAN -8 PM 1:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KWH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Rocky M. Contreras

Plaintiff.

-v-

U.S.C.G Administrative Law Judge; Parlen L. McKenna, and U.S.C.G Island of Alameda, California.

Defendant.

'08 CV 0044 BEN WMc

Case No. (To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Docket Number: 07-0173. U.S.C.G Activity Number: 2892224

Plaintiff alleges: The U.S.C.G filed initial complaint against Plaintiff on 03-29-07. Alleging 3 Acts of Misconduct. Issues between the Plaintiff and I.O, (LT) Vazquez arose via the Telephone prior to charge(s) noted as 4 thru 8. Prior to the new charges I.O, (LT) Vazquez was threatening the Plaintiff, that if he didn't plead to something, more charges would come upon Plaintiff. Plaintiff and wife were suffering from loss of life, wife miscarried dated 05-11-07. Vazquez acted corruptly in violating the Plaintiffs U.S. Const. Rights to due process of law during an official court proceeding. I.O (LT) was preventing the Plaintiff from participating in pre-trial conference hearings with Defendant Judge. Plaintiff informed judge of issue. Judge stated to Plaintiff "what ever you feel you need to do to protect yourself then feel free to do it because you haven't representation. okay?" Plaintiff took Defendant Judge literal. Plaintiff informed all parties that a CD copy of I.O (LT) Vazquez violations of the Plaintiffs U.S. Const. Rights to due process of law during a court proceeding exist. The Audio Tape is admissible in accordance to case: United States v. Nixon decided by the U.S. Supreme Court. Defendant Judge called himself a victim to the Plaintiff. Defendant Judge refused to recuse himself even though his recusal was warranted, being that he did become a party, Judge called self a victim. Plaintiff motion for recusal dated 07-24-07 was denied. Conference Call dated 12-04-07, Defedant Judge refused to recuse self, even though it was warranted. Conference Call dated 12-04-07 was transcribed and is evidence against Defendant Judge. Defendant Judge did/has attempted to over look the U.S.C.G Sector San Diego felonious motion to amend dated 08-21-07. The motion to amend is altered and ungenuine in violation of Calif. Penal Codes 141(b), 134, and 18 U.S.C. Section 1016, which warrant the dismissal of the felonious motion to amend and charges 4 thru 8. Defendant Judge ordered U.S.C.G to send motion to inforn court which contained my original reply which was submitted in reply to the felonious motion to amend dated 08-21-07. This I believe is to by-pass the unlawful motion to amend dated 08-21-07. I need help from the higher court.



cc

## U.S. Postal Service™ Delivery Confirmation™ Receipt

DELIVERY CONFIRMATION NUMBER: 0307 1790 0004 1087 4461

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Superior Court State of AZ

(Please Print Clearly) Mohave County

Alimony

VISALIA CA 93277-9998 USPS

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com*®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

- [x] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [ ] Package Services parcel

PS Form 152, May 2002 (See Reverse)

Case No. DO-2001-0064

Rocky Contreras
519 S. Stevenson St., Apt. C
Visalia, CA 93277

Respondent in ProPer

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MOHAVE**

| | | |
|---|---|---|
| Rocky M. Contreras<br>Respondent,<br><br>and<br><br>Deborah C. Johnston<br>Petitioner, | ) | Case No. DO-2001-0064<br><br>PETITION TO STOP ANY FURTHER ALIMONY TO BE PAID TO PETITIONER, DUE TO FRAUD AND RELATED ACTIVITY WHICH IS MISLEADING THIS COURT IN VIOLATION OF CALIFORNIA PENAL CODE(S); #132-#141, #484-#502.9, #528-#539 ALSO, CCP SUB-SECTION #2015.5 |

---

Respondent, in this case is coming forward at this time in the hopes of bringing clarity before the Honorable Judge Julie S. Roth whom is the Honorable Law Judge over this case. Your Honor, let it be noted for the record, that during the time which is noted on the Western Union Customer Receipt dated 11-08-05, I was in New Orleans, LA. On a Hurricane Katrina Relief Mission. I was one of three Able Seaman who drove the Vessel named the "State of Maine", from Castine, Maine down the East Coast and around the Florida Keys and into the Gulf of Mexico and on into the Mississippi River. Our, ship docked at the Seventh Street Wharf, where we remained for several months. Honorable Judge, I put my own life at risk on numerous occasions in order to help others, let it be noted, that when our ship was coming down the East Coast, we as a crew encountered a Hurricane which was heading north bound just off of the east Coast while we were heading south bound and also while we were docked at the Seventh Street Wharf in New Orleans we were hit by a huge Hurricane named "Rita". Your Honor, please understand that these were trying times for alot of people, especially for the ones whom we were sent to help. Again, just for the record, upon arriving to our destination, we as a crew were over joyed to assist the Army National Guard whom were in need of hot food and water and a shower, the Army National Guardsmen were low in their supplies and were in need of our Services, they were hungry, thirsty, dirty and tired. We as a crew of U.S. Merchant Sailors were more than happy to help, those in need. Your Honor, my ex-wife/Petitioner is trying to capitalize on my good heart, this I can't stomach and/or allow.

Your Honor, let it be noted for the record, that the Respondent will be citing

California Law regards to this case which is before your bench, being that both the Petitioner and the Respondent are Legal Residents of the State of California. Your Honor, it is my belief that my ex-wife/Petitioner has committed forgery/perjury of my name to a Legal Contract/Document regarding the original purchase of the motor home, from the dealer. In violation of CCP Sub-Section #2015.5 "Perjury" the Petitioners "Malice", is in violation of California Penal Code 136-(1) "Malice", means an intent to vex, annoy, harm, or injure in any way another person, or to thwart or interfere in any manner with the orderly Administration of Justice. Also, in violation of California Penal Code #134. "every person guilty of preparing any false or ante-dated book, paper, record, instrument in writing, or other matter or thing, with intent to produce it, or allow it to be produced for any fraudulent or deceitful purpose, as genuine or true, upon any trial, proceeding, or inquiry whatever, authorized by law, is guilty of a felony"; also, in violation of California Penal Code #528-539 "knowing such document to be false or counterfeit with the intent to deceive"; also, in violation of California Penal Code #132-141 "to give false information or withhold true testimony or to give false material information pertaining".

Respondent has asked Petitioner on numerous occasions to submit all copies pertaining to her purchase of the motor home, as to present date Petitioner has out of "Malice" refused to submit any "copy(s)" of documents pertaining to the Original transaction of motor home. Again, it is the Respondents belief that the Petitioner is attempting to cover her criminal behavior regarding her "forgery/perjury" of the Respondents signature regarding the motor home transaction between the Petitioner and the dealer. In violation of California Penal Code CCP Sub-Section #2015.5 "*which is noted above*", #484-#502.9 "Tampering"; also, in violation of California Penal Code # 132-#135.5 "*which is noted above*"; furthermore, California Penal Code #502. "Tampering,interference", California Penal Code #134 "*which is noted above* "#528-# 539" *which is noted above*", #132-#141 "*which is noted above*", 136-(1) "*which is noted above*". Respondent was not a co-signer and/or wasn't a part of the buying or the purchasing of this motor home. Respondent was not even in the geographical locality when the Petitioner purchased the motor home. Respondent was attempting to be good hearted in his attempt to relieve the Petitioner of any further payments when the Respondent agreed to take over the responsibility of the motor home. But, Petitioner out of "Malice", never sent the Title of the motor home to the Respondent. Therefore, preventing the Respondent from legally taking over the motor home in question.

The Petitioner proved herself as being un'genuine in her motives as to the sale of the motor home. The Petitioner didn't follow through with her end of the deal. The Petitioners own actions "nullified" the contract/document between the Petitioner and the Respondent, "ALL" due to the Petitoners preventing the Respondent from taking full responsibility over and/or for the motor home. The Respondent never had a legal right over and/or for motor home. The Respondent never had the legal right to get the motor home insured. The Respondent was prevented by the Petitioner in getting the motor home insured. The Respondent never had the legal right to buy registration tags for the motor home. Respondent never had the legal right to drive the motor home all due to the Petitioner preventing and/or blocking the Respondent.

The motor home was towed away while parked on the public street in the City of San Diego, California. The Respondent had the money to get the Petitoners motor home out of the Tow Yard, but the Respondent didnt have the legal right to get the motor home

out of the Tow Yard. The Petitoner was living in the State of Arizona at the time it was towed and taken to the tow yard. Respondent contacted the Petitioner but the Petitioner refused to come to the State of California to retrieve the Petitioners property which was legally in the name of the Petitioner.

Furthermore, the Petitioner has always demanded money from the Respondent regarding the motor home, even though it was Petitioner who Deliberately, knowingly and/or Willingly chose to "nullify" the transaction from going through. Petitioner was asked on numerous occasions to submit copies of the proof of how much, if any U.S. Currency was vested into the motor home by the Petitioner. The Petitioner has to this very day declined to show any proof of any and/or all documentation/money transactions regard to motor home. The Petitioner is demanding that her purchase of the motor home to be Amended as Alimony even though the Petitioner declines to show proof of anything.

It was the Petitioners actions and/or in'action that "nullified" the contract between the Petitioner and the Respondent. It is the Respondents belief that the Petitioner is a "con-artist" whom is out to manipulate the system and/or anyone who gets in her path. The Petitioners Alimony should be stopped due to her violations of the Law then and now of which is before an Official Court Proceeding. The Respondent doesn't wish that the Petitioner be imprisoned, but contends that the Petitioners violations warrant that "ALL" Alimony be stopped. For her deliberate and/or willful violations of the Law, which are violation(s) of California Penal Code 136-(1)"*which is noted above*"; CCP Sub-Section # 2015.5 "*which is noted above*"; #132-135.5 "*which is noted above*"; #134 "*which is noted above*"; #132-#141 "*which is noted above*"; #484-#502.9 "*which is noted above*"; #528-# 539 "*which is noted above*".

Let it be noted for the record, that the Petitioner filed her documents with the Superior Court of Arizona, Mohave County dated July 19,2007, but out of "Malice", didn't mail my copy to me until August 8th , 2007. The Petitioner was untimely in her submitting the Respondent's "copies", to the Respondent. Furthermore, the Petitioner has committed fraud towards the Superior Court of Arizona, Mohave County during a court proceeding by admitting by way of notary that the Petitioner received $1,300 towards the motor home; in violation of California Penal Code CCP Sub Section #2015.5 "perjury"; # 134 "Every person guilty of preparing any false or ante-dated book, paper, record instrument in writing, or other matter or thing, with intent to produce it, or allow it to be produced for any fraudulent or deceitful purpose as genuine or true, upon any trial, proceeding, or inquiry whatever authorized by law is guilty of a felony". Also, let it be noted for the record, that other Statutes already mentioned above do apply to the Pettioner regarding her "*Lying*" before the Bench of the Hon. Julie S. Roth.

Nov. 2005, Petitioner begged the Respondent for financial help, and Begged, pleaded and Stated that the money sent to her would be counted towards and/or for Alimony and not the motor home. The Petitioner was verbally told by the Respondent the amount that was sent over the wire. Furthermore, let it be noted, that 'Thurma Johnston', the Petitioners mother will not lie for the Petitioner, and would state if asked by the Court the true amout that was sent over the wire, being that her mother is a "Jehovah's Witness". Also, let it be noted for the record, that the Respondent was in involved in the Hurricane Katrina Relief Mission at the time. The Petitioner was in big trouble financially. Respondent sent the Petitioner $1,400 through Western Union dated November 8th, 2005; money transfer was sent in minutes at the cost of $98.99. Respondent was told by the

Petitioner that this money would reflect towards Alimony and not motor home. Petitioner, later changed her mind and said that it would reflect towards the motor home. Let it be noted for the record, that the Petitioner for some reason requested that the money be sent to 'Thurma Johnston' rather than herself. It is my belief that this was for the purpose of committing fraud towards the State of California being that the Petitioner was/is receiving State Aide in the way of Welfare, Food Assistance. Also, let it be noted for the record, that the Petitioner's two 'adult' daughters receive Government Social Security Disability, in the way of $800.00 each per adult child of the Petitioner. Petitioner lives with her two adult children. It is my belief that if the money was sent to the Petitioner in her name; her California State Aide would be stopped. This is the reason that I believe the Petitioner had me send the money to the Petitioners mother in the State of Arizona rather than to the Petitoner. Petitioner was attempting to keep the money transfer under the Radar of the State of California; being that the Petitioner was/is receiving some type of Government Aide. The Court needs to know that the Petitioner is smart and calculated in a under-handed way. Furthermore, let it be noted, that the Statutes already cited should apply and should be applicable towards the Petitioner; being that the Petitioner is a California Resident, just as I am.

OATH OR AFFIRMATION
The contents of this document are true and correct to the best of my knowledge and belief.

[signature] 12/13/07
Signature Date

Sworn to or affirmed before me this date:

10/10/09 [signature]
My commission expires Notary Public or Deputy Clerk

LINDA GOOD
COMM. #1606504
NOTARY PUBLIC • CALIFORNIA
TULARE COUNTY
Comm. Exp. OCT. 10, 2009
MGC1

Case No. DO-2001-0064

Case No. DO-2001-0064

# MOHAVE COUNTY SUPERIOR COURT DOMESTIC RELATIONS COVER SHEET

**Respondent's Name and Address:**

Contreras, Rocky M.
519 S. Stevenson St. Apt C
Visalia, CA 93277

Date of Birth: August 14, 1967
SS# 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

Phone: 559-960-4516

**Petitioner's Name and Address:**

Johnston, Deborah C.
PO Box 7601
Visalia, CA 93290

Date of Birth: May 17, 1950
SS# 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

Phone: 559-733-3754

Petitioner ProPer

**Type of Action:** To stop Petitioner from receiving any more payments of Spousal Maintenance due to her Numerous Violation(s) of California Penal Code(s) related and/or over a 'Motor vehicle', and also due to the Petitioner's lying to the Mohave County Superior Court During an official court proceeding. Petitioner is in Violation of California Penal Code(s); #132-#141, #484-#502.9, #528-#539 and CCP Sub-Section #2015.5. Petitioner is a con-artist and she will work the system if it means lying to you and I, to get her way.

**Domestic Violence:** Let it be noted for the record, that the Petitioner was arrested in Phoenix, AZ and booked into the Maricopa County Jail in the latter part of the 1990's for Domestic Violence against the Respondent, this fact is a matter of public record.

**Special Considerations:** Respondent is requesting that due to financial reasons that we have this Hearing -via- Telephone in order to confront the Petitioner. Also, Respondent is at this time informing the court that the Respondent(s) trial Date was re-scheduled for the second week of February/08. The Respondent is going to trial before U.S. Coast Guard. Furthermore, Respondent is preparing to file a complaint in the U.S. District court, Southern District of California; due to issue(s) related to the U.S.

Coast Guard matter. Respondent is requesting that if forced to pay Alimony to the Petitioner, Payment be reduced to $100.00 U.S Dollars Per-Month. Also, Please take Exhibits/Attachments: A thru E, into consideration regarding the request to 'Stop Alimony' and/or 'Reduced Alimony'.

**Divorce Decree and past cases:** The Respondent didn't have issue with the divorce dated March 3, 2003; Respondent has issue with the Petitioner's attachment/amendment to the divorce which was regarding the motor home, property payments with related expenses.

**Case now at hand:** Respondent requests that the Petitioner receive ($0.00) being that she is a Lying leech that has 'NO' regard for California Penal Codes and/or the Law in General. Also, whom has/is Lying before your bench and/or to you during an Official Court Proceeding.

Case No. DO-2001-0064

## LIST OF ATTACHMENTS FOR THE JUDGE

1. Exhibit-A; photo of Respondent aboard ship at the Seventh Street Wharf in New Orleans, LA., during the 'Hurricane Katrina Disaster Relief Mission' on and/or around the time I sent the petitioner $1400.00 over the wire through Western Union.

2. Exhibit-B; Letter of Resignation to the San Diego City Schools; which consists of a cover sheet and two pages.

3. Exhibit-C; present wife's Notarized Affidavit to the U.S.C.G Administrative Law Judge dated: Saturday, October 20, 2007; which consists of three pages.

4. Exhibit-D; present wife's Notarized Affidavit to the U.S.C.G Administrative Law Judge dated; Monday, October 22, 2007; which consists of two pages.

5. Exhibit-E; California State Unemployment Claim Receipt for the weeks of 11-24-07 and 12-01-07; along with the balance that is remaining.

Exhibit A



COPY

**SDCS San Diego City Schools** *Improving student achievement by supporting teaching and learning in the classroom.*

# Resignation / Retirement / Separation Notice

| Empl ID | Name (Last, First, Middle) | |
|---|---|---|
| 116695 | Contreras, Synthia | |

| Location Number | Effective Date (Last Day in Paid Status) | |
|---|---|---|
| 00838 | 8/31/07 | ☐ Certificated<br>☒ Classified<br>☐ Food Service |

| School or Department | Subject / Grade or Position Assigned |
|---|---|
| Euclid CDC | CDCA |

I hereby request the Board of Education to accept my resignation for reasons of:

- ☐ Service Retirement
- ☐ Disability Retirement
- ☐ Other Employment – Non-teaching
- ☐ Other Employment – Teaching
- ☒ Moving From Area
- ☐ Home Responsibilities
- ☐ Other ______

| Employee's Signature | Date Submitted |
|---|---|
| [signature] | 9/4/07 |

Permanent Address (Number, Street, City, Zip Code)
519 South Stevenson St. Apt C
Visalia, CA

| Principal or Dept. Head's Signature | Date Signed |
|---|---|
| LaEtta Rudolph | 9-5-07 |

For HRSD Use Only

| Director | Personnel Asst. | Credentials | Board Date | Review |
|---|---|---|---|---|
| [signature] | | | | |
| **Acknowledgement** | **Date Received** | **Retirement** | **Reason Code** | **# Vacation Days to be Pd.** |
| | | | | |

Resignation.doc

jr 090905

Exhibit B

Synthia Contreras
519 South Sterenson Street Apt C
Visalia, CA 93277

September 4, 2007

Euclid Child Development Center
c/o Administrator; LeEtta Rudolph
City Hieghts, CA

Dear Mrs. LeEtta Rudolph,

I've been employed with San Diego Unified School District, 6 years 2 months and during this time and or duration of my employment, I've been working at the Euclid Child Development Center as a Child Development Center Assistant. Also, for the past couple of years I've worked under you being that you've been the Administrator for the school that I have already mentioned.

I am sorry to have to inform you that during the last couple of years I have endured three miscarriages and the most recent miscarriage was in the month of August 2007. Also, I have suffered other personal matters which is forcing me to seek another geographical location to live and seek employment. Please accept this letter of Resignation

Please, forgive me for not being able to give you the proper two weeks notice.

Please, understand that I have suffered greatly due to my miscarriages and I hope that in the future that when another school District contacts you in order to seek a recommendation you would find it in your heart to give me a decent letter of recommendation.

LeEtta, it was a pleasure to have had you as my Administrator.

My Contact number: (619) 922-0492

Sincerely,

X [signature]
Synthia Contreras

Synthia Contreras
519. S. Stevenson St., Apt. C
Visalia, CA 93277

Docket Number
CG S&R 07-0173

Coast Guard Enforcement
Activity # 2892224

Saturday, October 20,2007

Honorable Parlen McKenna
USCG Administrative Law Judge
US Coast Guard Island
Building 54A
Alameda, CA 94501-5100
Phone: 510-437-3361
Fax: 510-437-2717

- Exhibit C -

To Whom It May Concern,

I am writing this Affidavit in behalf of my husband, Rocky Contreras, concerning heartaches and stress. From the time that Rocky and I got married to present day we have gone through much pain and grief together, from having three miscarriages. Our first miscarriage occurred back in 2005 in the month of May, I was 10 weeks pregnant and we we're both very joyous and excited of the thought of having our first baby. Then we receive news after a doctor's visit that our unborn baby had no heart beat and we had to make the heart breaking decision to have a D&C or let nature take its course and wait for miscarriage to take place, we chose to have procedure done at Kaiser Permanente Medical Hospital.

In our second pregnancy I was only 5 weeks pregnant and both my husband and I were again excited and joyous but this time a little nervous because of the fact that we had already lost our first baby. We were again given a second blessing to have the chance to have a baby. Rocky was sweet and gentle towards me, very sensitive to my feelings, knowing all the pain that we had endured the first time. This time around nature took its course and I went through a painful miscarriage, after 5 weeks of pregnancy. In the month of May of 2007 we went through our second miscarriage. My husband and I suffered greatly, again another loss in our marriage. Our hopes and dreams of having a baby were destroyed, I saw my husband go through a lot of heart breaking emotional changes. We had so many questions as to " why was this happening to us? And, what were we doing wrong?"

Rocky and I decided to try again a third time with the guidance of our doctor. Two months later we get good news from the doctor that we were expecting once again. At ten weeks of being pregnant, after a visit to the doctors we receive bad news for the third time that the heartbeat of the fetus was no where to be found and we needed to make a decision together whether we wanted to proceed with a D&C or let the fetus miscarry on its own and again we chose to have a D&C which took place in August of this year (2007) at Kaiser Permanente Medical Hospital. Both my husband and I grieved and felt a lot of pain for our second loss in the same year.

Our hopes and dreams of having children of our own were torn to pieces. We had so many unexplained questions and thoughts. Every answer that we receive wasn't enough for us and was unacceptable to us because we were doing everything possible to prevent all three miscarriages. We had feelings of depression and anger and frustration knowing that there were

many other families within the extended family that were having babies of their own and we were not able to bring one child of our own, to full term. Every time we have had good news of conception we were emotionally thrilled and hopeful because of the thought of a new blessing in our lives but just a short period after receiving such good news our hopes and feelings were shattered and taken away.

Going through all these miscarriages brought us both a lot of distress and anguish especially in our last miscarriage in August of 2007. With all the legal issues and struggles that my husband is going through and also having to go through a miscarriage really put severe tension between us. There was a point in our marriage where we began to have disagreements, to the point where we felt that we were breaking apart from one another and I as his wife filed for Dissolution of Marriage this past August. We later had a moment of clarity and re-conciled and I put a stop to the Divorce papers. We figured that all the stress and tragedies of the three miscarriages isn't suppose to break us apart but make us stronger individuals and as a married couple up-built one another as we should be doing.

The period after all three miscarriages helped us to express/communicate our feelings to one another and also helped us as a married couple to become closer. Rocky was gentle and patient and very caring towards me. He helped built me back up and to try and move forward with our lives. Even though its only been a couple of months since our last miscarriage, Rocky has encouraged me to look ahead with our future and to be hopeful that some day with God's help and blessing we will have children of our own.

Also, I want it to be known that as Rocky's wife, even though I have seen my husband drink a beer or two in moderation, I've never witnessed him drunk or under the influence of any type of mind altering substances such as drugs. Also let it be known that I know for a fact that my husband has never been to state prison. On the other hand, I have witnessed and known my husband to stand up for what he believes in, when he feels that he is being wronged.

I have written this two page Affidavit out of my own free will, without there being any threat to my person, so please consider my words.

Thank You.

LINDA GOOD
COMM. #1606504
NOTARY PUBLIC • CALIFORNIA
TULARE COUNTY
Comm. Exp. OCT. 10, 2009

STATE OF **CALIFORNIA** }

} ss.

COUNTY OF **TULARE** }

On Oct. 27, 2007, before me, Linda Good, Notary Public personally appeared Synthia Contreras, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*This area for official notarial seal*

Signature [signature]

My Commission Expires: 10/10/09

LINDA GOOD
COMM. #1606504
NOTARY PUBLIC • CALIFORNIA
TULARE COUNTY
Comm. Exp. OCT. 10, 2009
MGC1

Synthia Contreras
519 S. Stevenson St., Apt C
Visalia, CA 93277

Docket Number
CG S&R 07-0173

Coast Guard Enforcement
Activity # 2892224

Monday, October 22, 2007

Honorable Parlen McKenna
USCG Administrative Law Judge
US Coast Guard Island
Building 54A
Alameda, CA 94501-5100
Phone: 510-437-3361
Fax: 510-437-2717

Exhibit D

Dear Judge McKenna,

I am coming to you with this Affidavit in behalf of my husband, Rocky Contreras, in regards to his unsightly skin condition on the back of his head. Please, let it reflect for the record that my husband is not a gang member or is he trying to look like one by him wearing a black rag upon his head. The rag is worn because of the embarrassing skin condition that is located on the back of his head. The rag is worn at all times, sometimes even at home in our own privacy because of him being self conscious that anyone might see it, including me. When we go outdoors in public Rocky also wears it and even at times he asks me to straighten the rag out for him or to hold it down or to tuck it into the back of his shirt so the wind/breeze will not blow the rag upward or to the side. When we're around family or friends like at a spiritual meeting at church, he feels more comfortable sitting in the back row and he makes sure that no one is sitting behind him. As his wife, I notice that when we're out in public together he gets strange looks from other people because of the rag on his head; and the stares he gets make things more uncomfortable for him. My husband has had this skin condition on the back of his head even before we got married and even today sometimes he feels embarrassed around his own wife. Also, in regards to his dark lense prescription glasses, Rocky bought them as a means to try and hide behind them because of the looks he gets from wearing the black rag. I just want to say that my husband lives a very law abiding life and I believe that he deserves to be heard in his counter complaint against the charges that are pending against him. Please, give my husband a fair opportunity without any prejudice towards him.

Thank You,
Sincerely,

LINDA GOOD
COMM. #1606504
NOTARY PUBLIC • CALIFORNIA
TULARE COUNTY
Comm. Exp. OCT. 10, 2009
MGC1

STATE OF **CALIFORNIA** }
} ss.
COUNTY OF **TULARE** }

On Oct 27, 2007, before me, Linda Good, Notary personally appeared Synthia Contreras, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*This area for official notarial seal*

Signature [signature]

My Commission Expires: 10/10/09

LINDA GOOD
COMM. #1606504
NOTARY PUBLIC • CALIFORNIA
TULARE COUNTY
Comm. Exp. OCT. 10, 2009
MGC1

| | | | | |
|---|---|---|---|---|
| | R. CONTRERAS | SSA# 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 / WEEK PAID | 11-24-07 | $307.00 |
| 28554 | CLAIM EXPIRES | 06-28-08 | 12-01-07 | $307.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $914.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

- Exhibit E

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD

23018611

R. CONTRERAS SSA# 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 / WEEK PAID 12-22-07 $300.00
40516 CLAIM EXPIRES 06-28-08

YOU HAVE RECEIVED ALL THE BENEFITS PAYABLE ON YOUR CLAIM. IF UNEMPLOYED, YOU MAY FILE A NEW CLAIM BY CALLING YOUR UNEMPLOYMENT INSURANCE OFFICE OR VISITING OUR WEB SITE AT WWW.EDD.CA.GOV ONE TO FIVE DAYS BEFORE 06-28-08. IF YOU FILE AS INSTRUCTED AND ARE OTHERWISE ELIGIBLE, YOU MAY RECEIVE WAITING PERIOD CREDIT FOR THE WEEK ENDING 06-28-08.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $0.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

23778681

R. CONTRERAS SSA# 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 / WEEK PAID 12-08-07 $307.00
34082 CLAIM EXPIRES 06-28-08 12-15-07 $307.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $300.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD

23477318

57/0034 20102352

VISALIA UNIFIED SCHOOL DISTRICT
5000 West Cypress Avenue
Visalia , CA 93277-8300

049J82045293
$00.4 10
11/29/2007
Mailed From 93277
US POSTAGE
neopost

SYNTHIA C CONTRERAS
519 S STGEVENSON ST APT C
VISALIA CA 93277

9327732544 C004

**VISALIA UNIFIED SCHOOL DISTRICT**
SSN: XXX-XX-1220
SYNTHIA C CONTRERAS

| | |
|---|---|
| DIST/LOC: | 57/0034 |
| PAY CODE: | CLASS |
| STATE RET: | PERS |

| | |
|---|---|
| WARRANT #: | 20102352 |
| ISSUE DATE: | 11/30/07 |
| PAY END DATE: | 11/30/07 |

| FEDERAL | STATE |
|---|---|
| M/01 | M/01 |

LEAVE BALANCE: As of 10/31/07

| | |
|---|---|
| SICK: | 0.00 |
| VACATION: | 0.00 |

| | GROSS PAY | RETIREMENT | DEF(TSA) | SEC 125 | NON-TAXABLE |
|---|---|---|---|---|---|
| CURRENT> | 178.89 | 12.52 | 0.00 | 0.00 | 0.00 |
| YTD> | 178.89 | 12.52 | 0.00 | 0.00 | 0.00 |

| | FEDERAL TAX | STATE TAX | SOC SEC | MEDICARE | OTHER TAX | OTHER DED | NET PAY | TAXABLE GROSS |
|---|---|---|---|---|---|---|---|---|
| CURRENT> | 0.00 | 0.00 | 11.09 | 2.59 | 0.00 | 0.00 | 152.69 | 166.37 |
| YTD> | 0.00 | 0.00 | 11.09 | 2.59 | 0.00 | 0.00 | 152.69 | 166.37 |

**EMPLOYEE DEDUCTIONS AND EMPLOYER COSTS**

| DESCRIPTION | EMPLOYEE AMT | EMPLOYER AMT |
|---|---|---|
| RET BEN | 0.00 | 2.34 |
| PERS | 12.52 | 16.65 |
| OASDI | 11.09 | 11.09 |
| MEDICARE | 2.59 | 2.59 |
| SUI | 0.00 | 0.09 |
| WRK COMP | 0.00 | 4.35 |

| DESCRIPTION | EMPLOYEE AMT | EMPLOYER AMT |
|---|---|---|
| TOT AMTS | 0.00 | 37.11 |

UNIFIED SCHOOL DISTRICT

**EARNINGS**

| PAY TYPE | # OF UNITS | RATE | EARNINGS |
|---|---|---|---|
| SUB H | 16.75 | 10.68 | 178.89 |

GROSS PAY 178.89

NOTE: ALL DECEMBER 31 CHECKS WILL BE MAILED.

PLEASE CHECK ADDRESS AND NOTIFY HR DEPT IF CHANGE IS NEEDED.

**Kaweah Delta Health Care District**
Delivering Excellence
400 West Mineral King · Visalia, CA 93291-6263

7297-Private Homecare
Address Correction Requested

SYNTHIA CONTRERAS
519 S. Stevenson St Apt C
Visalia, CA 93277

Synthia Contreras
519 S. Stevenson St Apt C
Visalia CA 93277

Employee ID: 0054013
Department: 7297-Private Homecare
Location: Kaweah Delta Hospital
Job Title: Companion
Pay Rate: $9.300000 Hourly

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| BASE PAY | 9.300000 | 5.50 | 51.15 | 5.50 | 51.15 |
| Total: | | 5.50 | 51.15 | 5.50 | 51.15 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 0.74 | 0.74 |
| Fed D.I. | 3.17 | 3.17 |
| CA Withholdng | 0.00 | 0.00 |
| CA SDI FTDI | 0.31 | 0.31 |
| Total: | 4.22 | 4.22 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 51.15 | 51.15 | 4.22 | 0.00 | 46.93 |
| YTD: | 51.15 | 51.15 | 4.22 | 0.00 | 46.93 |

| COMBO HOURS | YTD |
|---|---|
| Start Balance: | 0.0 |
| + Earned: | |
| + Bought: | |
| - Taken: | |
| + Adjustments: | |
| End Balance: | 0.0 |

Check Date: 12/07/2007
Pay Period: 11/18/2007 Thru 12/01/2007
Pay Group: 05-PRIVATE HOME CARE
Qualified Service Hrs. for Combo: 0.00

| NET PAY DISTRIBUTION | |
|---|---|
| Check #0310160 | 46.93 |
| Total: | 46.93 |

MESSAGE:

Kaweah Delta Health Care District
Delivering Excellence
400 West Mineral King - Visalia, CA 93291-6263

***** LIBERTY MARITIME CORPORATION *****
1979 Marcus Ave. Suite 200
Lake Success, New York 11042
(516) 488-8800

VESSEL: LIBERTY EAGLE VOYAGE NO.: 013A ART NO: 07
CREWNAME: CONTRERAS, ROCKY M. PAY RATING: AB-B
POSITION: AB SS#: 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 PAYSCALE DEPT: DECK
ADDRESS: PO BOX 4307 TAX STATUS: S - 3
HONOLULU, HI 96812

FROM: 01/01/07 TO: 02/18/07
DAYS WORKED: 49

| | |
|---|---|
| TOTAL BASE: | 3857.77 |
| TOTAL MONTHLY NONWATCH: | .00 |
| TOTAL MONTHLY SUPPLEMENT: | .00 |

| | MONTHLY | DAILY |
|---|---|---|
| BASE: | 2361.96 | 78.73 |
| NONWATCH: | | |
| SUPPLEMENT: | | |

| | |
|---|---|
| TOTAL HOURLY OVERTIME: | 3907.44 |
| OTHER WAGES: IN LIEU PLANE TICKE: | 445.00 |
| FORFEIT 3 DAYS PAY : | -234.90 |
| : | |

HOURLY OT SUMMARY

| HOURS | RATE | SUM OT |
|---|---|---|
| 243 | 16.08 | 3907.44 |

MEDICAL PLAN %:
PREPAID FICA:

| | |
|---|---|
| TOTAL EARNINGS: | 7975.31 |
| MEDICAL PLAN: | .00 |
| FICA (SOCSEC): | 494.47 |
| FICA (MEDCARE): | 115.64 |
| WITHHOLDING TAX: | 763.20 |
| 0 401(K) PLAN: | |
| ALLOTMENTS: | .00 |
| ADVANCES: | 2300.00 |
| SLOPCHEST: | 242.00 |
| OTHER DEDUCTIONS: PHONE CARDS : | 200.00 |
| : | |
| : | |

13 1380
13A 3910
TOTAL 5290

TOTAL DEDUCTIONS: 4115.31

TOTAL HRLY OT: 3907.44

NET EARNINGS: 3860.00
TOTAL REIMBURSEMENTS: 50.00

NON TAXABLE REIMBURSMENTS
TAXI DEPARTING : 50.00

NET AMOUNT DUE: 3910.00

CHECK AMOUNT:
CASH AMOUNT: 3910.00

RECEIVED the above in FULL PAYMENT for service to date

Payee Date

Paid in full before me - I certify that this payroll voucher is true and correct; that the person named hereon was employed and has performed the services for the period as stated above; and that the person whose name appears on this voucher is entitled to the anount of pay stated.

Paid by Master
To be paid by Office

Master / Agent

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Rocky M. Contreras | ) | Motion to Amend |
| | ) | To the Civil Cover Sheet, |
| Plaintiff. | ) | IV. Cause of Action |
| | ) | in Accordance to 18 U.S.C. |
| | ) | Section 3553 (a) (6). |
| -v- | ) | |
| | ) | |
| | ) | |
| U.S.C.G Administrative Law Judge; | ) | |
| Parlen L. McKenna, and U.S.C.G | ) | |
| Island of Alameda, California | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Dear Sir,

"The Duty to Avoid Disparity: Implementing 18 U.S.C. Section 3553 (a)(6). Since passage of the Sentence Reform Act of 1984 ("SRA"), 18 U.S.C. Section 3553 (a)(6) has required sentencing judges in federal court to consider "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." At the same time, the SRA also required judges to adhere in most cases to the Federal Sentencing Guidelines, leaving (a)(6) with little independent significance. In January 2005, however, the Supreme Court ruled in United States v. Booker that the Guidelines could no longer be treated as mandatory. Since then, numerous sentencing judges have invoked (a)(6) in a variety of different circumstances to justify non-Guidelines sentences. This Article surveys the cases, examines the origins and purposes of (a)(6), and proposes a new analytical framework for judges to use when implementing the provision. Under this approach, (a)(6) would require that a sentencing judge consider the average actual sentence imposed in past cases involving a similar offense of conviction, and expressly justify any deviation from this empirical norm."

Thank You
Sincerely,

X Rocky M. Contreras

Rocky M. Contreras

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED
JAN 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Contreras, Rocky M.

**DEFENDANTS**

U.S. Coast Guard Island
Building 54A
Alameda, CA 94501-5100
Parlen L. McKenna - U.S. Coast Guard Alameda

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Tulare County
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Alameda County
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**ATTORNEYS (IF KNOWN)**

'08 CV 0044 BEN WMC

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).** U.S Const. Rights to due process of law during an official Court Proceeding, Plaintiff was prevented from participating in Pre-trial Conference Hearings Judge has purported himself as being a Victim to the Plaintiff, Judge refuses to Recuse himself. Judge is refusing to acknowledge a felonious motion to Amend. In violation of my civil Rights

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prisoner Conditions

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND** $ 3.5 Million

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 12/28/2007 SIGNATURE OF ATTORNEY OF RECORD Rocky Contreras

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)