FILED

2008 JAN -8 PM 1:17

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY KNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rocky M. Contreras<br><br>v.<br><br>Parlen L. Mckenna and U.S Coast Guard Island | Civil No. '08 CV 0044 BEN WMc<br><br>REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST |

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A. my claim is meritorious (that is, I have a good case), and

B. I have made a reasonably diligent effort to obtain counsel, and

C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

____ Yes  __x__ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

_____ Yes _____ No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

x Yes ____ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: Don Hiney, esq.

When: 7/27/07

Where: San diego,Calif.

How (by telephone, in person, etc.): telephone,Fax.

Why attorney was not employed to handle your claim: Attorney claimed that he didnt handle this type of matter, his firm referred me to another firm.

Attorney: mr. Winters, esq.

When: 8/2/07

Where: San Diego, Calif.

How (by telephone, in person, etc.): telephone,in person.

Why attorney was not employed to handle your claim: attorney wanted money that i didnt have.

Attorney: ____

When: ____

Where: ____

How (by telephone, in person, etc.): ____

Why attorney was not employed to handle your claim:

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

I haven't made any other efforts to obtain counsel due to financial reasons. I don't have the money which is the motivating force for counsel.

6. Give any other information which supports your application for the court to appoint an attorney for you:

I am not guilty of the original allegations which the U.S. Coast Guard has brought before me dated: 03/29/07. Also, if I don't get counsel I will be railroaded by the U.S. Coast Guard for a Guilty Verdict. I am a innocent man that is in need of representation.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

none-

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A. Employment

Are you employed now? ___ yes _x_ no ___ am self-employed

Name and address of employer:

If employed, how much do you earn per month? ______

If not employed, give month and year of last employment: 02/07

How much did you earn per month in your last employment? $5,000

If married, is your spouse employed? x yes ___ no

If "YES," how much does your spouse earn per month? $230.00

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? ______

B. Assets

(i) Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? x yes ___ no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
| --- | --- |
| $1,228 Monthly | state unemployment insurance |

(Attach additional sheets as necessary)

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? ___ yes _x_ no

If "YES," state total amount: ____________

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes _x_ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| $1,000.00 | 2000 Toyota Corolla |

C. Obligations and Debts

(i) Dependents

Your marital state is: ___ single _x_ married ___ widowed, separated or divorced.

Your total number of dependents is : 2

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| deborah johnston/ex-wife | $400.00 |

(ii) Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
| --- | --- | --- |
| Rent: | | $225.00 |
| Mortgage on Home: | | |

Others:

Utility Bill(s) varies between $36-$100 a month
Verizon Wireless $130.00 a month (estimate)
Allstate Automobile Insurance $130 a month
WalMart Credit Card owed $938
Union Plus Credit Card owed $1,493
Capital One Credit Card owed $1,000
GMAC $730 per month for GMC-Sierra
Personal Loan-wife's father owed $2,000
Fuel for both Vehicles per month $230 (estimate)
ex-wife-Alimony payments are $400 a month., awaiting superior court state of arizona,Mohave County. decision, Jan/08.

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 12/18/2007

Rocky M. Cisneros
Signature

(Notarization is not required)