FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CNH DEPUTY
Clerk's Office File Stamp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Judge Dana M Sabraw
FROM: J. Hinkle, Deputy Clerk RECEIVED DATE: 7/28/08
CASE NO.: 08cv0044-BEN-WMC DOCUMENT FILED BY: Rocky Contreras
CASE TITLE: Contreras v McKenna et al
DOCUMENT ENTITLED: Evidence contained on a CD to be added to complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

**Date forwarded:** 7/29/08

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes. CNH Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Benitez.

Dated: 09/03/08 By: AYC

cc: All Parties

Rocky M. Contreras
519 S. Stevenson St. Apt#C
Visalia, California 93277

Dated: July 25th, 2008.

**REJECTED**

Dear clerk, of the United States District Court,
880 Front Street, Ste# 4290
San Diego, California. 92101-8900

Good morning and/or afternoon, please accept and put this evidence in the case file, Case name.: Contreras v. McKenna. Note: I live on a quiet neighborhood watch, block and/or community, due to suspicious activity and harrassing phone calls to my residence I am at this time submitting two CD's for docket number.: 08CV0044 BEN., Note: the evidence is related to the case mentioned above, which is before the higher court. Please, put it with my complaint.

p.s.

Note: the two CD copies are identical to each other regarding the information/evidence contained within.

Thank you so much
sincerely yours,

X [signature]
Rocky M. Contreras - Plaintiff,

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY
RECEIVED